# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR68 |
| vs. | ) | |
| CHRISTOPHER E. COLLINS, ERVIN L. SMITH JR., | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant Ervin L. Smith's unopposed Motion to Continue Trial [55] and Christopher E. Collins' unopposed Motion to Continue Trial [56]. Counsel needs additional time to resolve the matter short of trial. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [52] and [56] are granted, as follows:

1. The jury trial, **for both defendants**, now set for October 21, 2019, is continued to **December 2, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 21, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: October 17, 2019.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**