IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR68 |
| v. | |
| CHRISTOPHER E. COLLINS, | ORDER |
| Defendant. | |

Before the Court is non-party James Bennett's Request for Transcript (Filing No. 161) of the sentencing hearing held on March 13, 2020.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 161) is granted.
2. The Clerk's Office is directed to mail a copy of this order to James Bennett at 5361 N. 33rd Avenue, Omaha, Nebraska 68111.
3. Court reporter Susan DeVetter is directed to advise Mr. Bennett of the cost to obtain the transcripts. Mr. Bennett will be responsible for that transcript cost.

Dated this 29th day of April 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge